[No. 7054–5–II.   Division Two.   December 10, 1985.]

PATRICK DAMERON, *Respondent*, v. MILTON OIE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–2–06113–7, Waldo F. Stone, J., entered April 15, 1983. *Dismissed* by unpublished opinion per

Alexander, J., concurred in by Worswick, C.J., and Reed, J.